**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FERNANDO REAL, *Plaintiff*, | : | |
| v. | : | CIVIL ACTION NO. 26-CV-0370 |
| CITY OF PHILADELPHIA, *et al.*, *Defendants*. | : | |

**ORDER**

AND NOW, this 30th day of October, 2026, upon consideration of Defendant the City of Philadelphia's Motion to Dismiss (Dkt. No. 14), *pro se* Plaintiff Fernando Real's Response thereto (Dkt. No. 17), and Defendant's Reply thereon (Dkt. No. 19), it is **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Defendant the City of Philadelphia shall file an answer within fourteen (14) days of the date of this Order.

**BY THE COURT:**

***/s/ Gerald J. Pappert***

**Gerald J. Pappert, J.**